UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VINCENT GIUDICE, as guardian ad litem for T.G., a minor,<br><br>           Plaintiff,<br><br>vs.<br><br>DR. LARRY CURTIS, REBEKAH BIRD, PAC, and COMMUNITY CARE RIGBY, LLC,<br><br>           Defendants. | Civil No. 13-130-BLW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

      The Court, being duly apprised of the Stipulation entered between plaintiff and defendants for dismissal of the above-captioned matter, and the Court finding good cause therein;

      IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed, without prejudice, with each party to bear their own costs and attorney fees.

DATED: April 2, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER OF DISMISSAL WITHOUT PREJUDICE  - 1**